| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| __Southern__ District of __Texas__ (State) | |
| Case number (If known): _____ Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | 2203 Looscan Lane, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 4 7 - 1 6 7 1 4 1 8 |

| 4. **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|
| | 17          Courtlandt Place | |
| | Number    Street | Number    Street |
| | | |
| | | P.O. Box |
| | Houston             TX         77006 | |
| | City                State     ZIP Code | City                State     ZIP Code |
| | | **Location of principal assets, if different from principal place of business** |
| | Harris | |
| | County | Number    Street |
| | | |
| | | City                State     ZIP Code |

| 5. | **Debtor's website (URL)** | N/A |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor  **2203 Looscan Lane, LLC**  Case number (if known) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_5_ _3_ _1_ _3_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No
☐ Yes.  District _____ When _____ Case number _____
                                       MM / DD / YYYY
        District _____ When _____ Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
■ Yes.  Debtor  HouTex Builders, LLC; 415 Shadywood, LLC   Relationship  Affiliates
        District  Southern District of Texas                When  08/23/2018
                                                                  MM / DD / YYYY
        Case number, if known  Unknown

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **2**

Debtor  __2203 Looscan Lane, LLC__          Case number (if known)_____
         Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☑ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? __2203 Looscan Lane__
                        Number     Street

__Houston__                    __TX__    __77019__
City                           State    ZIP Code

**Is the property insured?**

☐ No

☑ Yes. Insurance agency  __Arthur J Gallagher Risk Management Services__

     Contact name   __Sandra Nolton__

     Phone          __281-655-6828__

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  2203 Looscan Lane, LLC
         Name                                                          Case number (if known)_____

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ■ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08 / 22 / 2018
             MM / DD / YYYY

X _____      Charles C. Foster
Signature of authorized representative of debtor    Printed name

Title  Manager

**18. Signature of attorney**

X _____      Date  8 / 22 / 2012
Signature of attorney for debtor                    MM / DD / YYYY

Charles M. Rubio
Printed name

Diamond McCarthy LLP
Firm name

909           Fannin Street, 37th Floor
Number        Street

Houston                                         TX        77010
City                                            State     ZIP Code

713-333-5100                                    crubio@diamondmccarthy.com
Contact phone                                   Email address

24083768                                        TX
Bar number                                      State

# RESOLUTIONS BY WRITTEN CONSENT
## 2203 LOOSCAN LANE, LLC

August 22, 2018

The undersigned being the holders of one-hundred percent (100%) of the membership interest (the "**Members**") and all of the managers (the "**Managers**") of 2203 Looscan Lane, LLC, a Texas limited liability company (the "**Company**") waive all notice and hereby consents to the adoption of the following resolutions:

WHEREAS, it has been determined that it is in the best interest of the Company to file a voluntary petition under chapter 11 of title 11 of the United States Code;

NOW THEREFORE, IT IS RESOLVED, that, in the judgment of the Members and Managers, it is in the best interests of the Company, its creditors, and all other parties-in-interest, that the Company shall, and hereby is, authorized to file a voluntary petition to commence a case (the "**Bankruptcy Case**") under chapter 11 of title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for Southern District of Texas; and

FURTHER RESOLVED, that the Company is authorized to employ and retain the law firm of Diamond McCarthy LLP to represent the Company as general bankruptcy counsel prior to and during the Bankruptcy Case; and

FURTHER RESOLVED, that the Company is authorized, in the judgment of the Members and Managers, to employ and retain other professionals as is necessary to advise and provide services to the Company prior to and during the Bankruptcy Case; and

FURTHER RESOLVED, that the execution by the Managers of any document authorized by the foregoing resolutions, or any document executed in the accomplishment of any action or actions so authorized including any actions in furtherance of the Bankruptcy Case, shall become upon delivery the enforceable and binding act and obligation of the Company, as the case may be, without the necessity of the signature or attestation of any other representative of the Company or the affixing of the corporate seal;

FURTHER RESOLVED, that all acts, transactions or agreements undertaken prior to the adoption of these resolutions by any authorized representative of the Company in their respective name and on their behalf in furtherance of the foregoing matters are ratified, confirmed and adopted by the Company; and

IN WITNESS WHEREOF the undersigned have executed this Written Consent effective as of the date set forth above.

Members:

_____
Charles C. Foster

_____
Lily Foster

Managers:

_____
Charles C. Foster, President

_____
Lily Foster, Vice-President and Secretary

2

Fill in this information to identify the case and this filing:

Debtor Name __2203 Looscan Lane, LLC__

United States Bankruptcy Court for the: __Southern__   District of __Texas__
(State)

Case number (If known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08 22 2018__       X __[signature]__
MM / DD / YYYY                   Signature of individual signing on behalf of debtor

Charles C. Foster
Printed name

Manager
Position or relationship to debtor

Official Form 202       Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name: 2203 Looscan Lane LLC

United States Bankruptcy Court for the: Southern District of Texas
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Esmeralda Painting Inc<br>8605 Rannie Road<br>Houston, TX 77080 | 713-864-4818 | Trade debt | | | | $119,000.00 |
| 2 | Tax Assessor - Collector<br>P O Box 4622<br>Houston, TX 77210-4622 | 713-274-8000 | Property taxes | Unliquidated | | | $55,633.00 |
| 3 | Aldrete's Masonry LLC<br>8519 Forest Grove Dr<br>Houston, TX 77080 | 832-548-1767 | Trade debt | | | | $50,433.00 |
| 4 | High Performance Home Companies<br>5438 Guhn Rd<br>Houston, TX 77040 | 713-256-8898 | Trade debt | | | | $47,522.50 |
| 5 | BMC<br>16002 Tomball Pkwy<br>Houston, TX 77086 | 281-440-9090 | Trade debt | | | | $30,806.79 |
| 6 | Pedco Roofing Inc<br>1426 Brittmoore<br>Houston, TX 77043 | 713-467-2478 | Trade debt | | | | $30,434.00 |
| 7 | SE Construction Inc<br>225 Gonyo Lane, Suite 303<br>Richmond, TX 77469 | 713-805-9228 | Trade debt | | | | $25,393.30 |
| 8 | Matt's Seamless Gutter Service<br>6005 Milwee St., Suite 1006K<br>Houston, TX 77092 | 713-681-8999 | Trade debt | | | | $21,115.00 |

Debtor  2203 Looscan Lane LLC    Case number (*if known*)_____
        Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Alpine Cut Stone<br>4755 Alpine Rd, Suite 150<br>Stafford, TX 77477 | 281-566-8211 | Trade debt | | | | $20,000.27 |
| 10 | Marchal/Stevenson Elevator Co Inc<br>1050 W Little York, Bldg E<br>Houston, TX 77041 | 713-961-1940 | Trade debt | | | | $12,888.50 |
| 11 | L Hernandez Construction Inc<br>P O Box 2535<br>Spring, TX 77383 | Unknown | Trade debt | | | | $3,724.00 |
| 12 | Medina's Plumbing<br>601 Mitchell Rd<br>Houston, TX 77037 | Unknown | Trade debt | | | | $1,750.00 |
| 13 | Chase Drywall<br>1585-B W Sam Houston Pkwy N<br>Houston, TX 77043 | 713-910-0433 | Trade debt | | | | $1,515.00 |
| 14 | River Oaks Property Owners Inc<br>3923 San Felipe<br>Houston, TX 77027 | 713-622-0001 | HOA | Unliquidated | | | $1,378.00 |
| 15 | Forja Designs LLC<br>6113 Milwee St, Suite A<br>Houston, TX 77092 | 210-745-0697 | Trade debt | | | | $1,353.13 |
| 16 | Scholl Lumber<br>6202 N Houston Rosslyn Road<br>Houston, TX 77091 | 713-329-5300 | Trade debt | | | | $925.24 |
| 17 | EFH Consulting Engineers Inc<br>2906 Carolton St<br>Houston, TX 77023 | 713-926-2490 | Trade debt | | | | $500.00 |
| 18 | Brothers II Concrete LLC<br>2519 Woodgate St<br>Houston, TX 77039 | 281-217-3671 | Trade debt | | | | $400.00 |
| 19 | ProSurv<br>P O Box 1366<br>Friendswood, TX 77549 | 281-996-1113 | Trade debt | | | | $400.00 |
| 20 | Gainsborough Waste<br>Dept 2<br>P O Box 4509-2<br>Houston, TX 77210-4509 | 713-785-8050 | Trade debt | | | | $397.25 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2